NUMBER 13-01-335-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


DEBORAH ANN JARMON , Appellant,

v.



JOE NELL JARMON , Appellee.

___________________________________________________________________


On appeal from the 279th District Court 

of Jefferson County, Texas

___________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, DEBORAH ANN JARMON , attempted to perfect an appeal from a judgment entered by the 279th District
Court of Jefferson County, Texas, in cause number F-176218 . Judgment in this cause was signed on March 15, 2001 . A
timely motion to vacate was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on June 13, 2001
, but was not filed until June 20, 2001 . 

Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect her appeal, and
appellant's failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 31st day of August, 2001 .